No. 86–5284.   IN RE HENKEL; and

No. 86–5357.   IN RE OWENS.   Petitions for writs of mandamus denied.

No. 85–673.   HARTIGAN, ATTORNEY GENERAL OF THE STATE OF ILLINOIS, ET AL. v. ZBARAZ ET AL.   Appeal from C. A. 7th Cir.   Further consideration of question of jurisdiction postponed to hearing of case on the merits, which is limited to Question 1 presented by the jurisdictional statement.

No. 85–1772.   UTAH DIVISION OF STATE LANDS v. UNITED STATES ET AL.   C. A. 10th Cir.   Certiorari granted.

No. 85–1835.   CALIFORNIA v. ROONEY.   Ct. App. Cal., 2d App. Dist.   Certiorari granted.

No. 85–1722.   O'LONE, ADMINISTRATOR, LEESBURG PRISON COMPLEX, ET AL. v. ESTATE OF SHABAZZ ET AL.   C. A. 3d Cir. Motion of respondents for leave to proceed in forma pauperis and certiorari granted.

No. 86–108.   HILTON, SUPERINTENDENT, NEW JERSEY STATE PRISON, ET AL. v. BRAUNSKILL.   C. A. 3d Cir.   Motion of respondent for leave to proceed in forma pauperis and certiorari granted.